**5/14/2013**                **TUESDAY**                **Judge Randall L. Dunn**

01:30 PM        ■ 13-32107  elp 7    Jessica P Sam   and   Ha To Ha

                            **Motion for Relief from Stay**
                            **Deutsche Bank National Trust Company  (9)**
                              Jessica P Sam - db    X
                              Deutsche Bank Natl Trust Co - cr       LISA M McMAHON-MYHRAN   X
                              Kenneth S Eiler - tr

**Evidentiary Hearing:**    Yes: ☐    No: ☐

```
 Deutsche Banks Motion for Relief from Stay is granted for cause
 pursuant to section 362(d)(1). Findings stated on the record.
```

Order to be prepared by:    ☐ clerk's office    ☐ chambers    ☒ Ms McMahon-Myhran

DOCKET ENTRY: