```
                    United States Bankruptcy Court
                         District of Oregon
In re:                                                    Case No. 13-32107-elp
Jessica P Sam                                             Chapter 7
Ha To Ha
         Debtors                   CERTIFICATE OF NOTICE

District/off: 0979-3          User: diana            Page 1 of 2       Date Rcvd: May 20, 2013
                              Form ID: OFT           Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 22, 2013.
db/jdb       +Jessica P Sam,   Ha To Ha,    8230 SE Yamhill St,   Portland, OR 97216-1236
smg          +Dept of Justice,   Division of Child Support,    Attn: Bankruptcy Unit,   POB 14670,
               Salem, OR 97309-5013
smg          +US Attorney,   US Attorney,    1000 SW 3rd Ave #600,   Portland, OR 97204-2936
smg          +US Attorney General,   Department of Justice,    10th & Constitution NW,
               Washington, DC 20530-0001
100241778    +Arrow Financial Svcs LLC,   c/o Zwicker & Associates PC,    10824 SE Oak St PMB 401,
               Milwaukie OR 97222-6694
100241780    +Natl Credit Acceptance Inc,   c/o Greene & Markley PC,    1515 SW 5th Ave #600,
               Portland OR 97201-5449
100241781    +Portland General Electric Co,    c/o Markowitz Herbold Glade & Mehlfaf PC,    1211 SW 5th Ave #3000,
               Portland OR 97204-3730
100207545    +Regional Trustee Svc Corp,   616 1st Ave #500,   Seattle WA 98104-2297
100207544     Residential Credit Solutions Inc,   POB 163349,   Ft Worth TX 76161-3349
100241785    +United Recovery,   1630 SE Hogan Rd,   Gresham OR 97080-9266
100241783    +Velocity Investment LLC,   c/o Harrington Anderson & Deblasio,    1737 NE Broadway,
               Portland OR 97232-1427
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           EDI: ORREV.COM May 21 2013 01:58:00     ODR Bkcy,   955 Center NE #353,   Salem, OR  97301-2555
100241784     EDI: CAPITALONE.COM May 21 2013 01:58:00     Capital One,   POB 85015,   Richmond VA  23285-5015
100207547     EDI: CAPITALONE.COM May 21 2013 01:58:00     Capital One,   POB 60599,
               City of Industry CA 91716-0599
100207546     EDI: HFC.COM May 21 2013 01:58:00     HSBC,   POB 49357,   San Jose CA 95161-9357
100207548     EDI: HFC.COM May 21 2013 01:58:00     Household Bank,   POB 49352,   San Jose CA 95161-9352
100207549     EDI: HFC.COM May 21 2013 01:58:00     Orchard Bank,   POB 49352,   San Jose CA 95161-9352
100207550    +EDI: SALMAESERVICING.COM May 21 2013 01:58:00     Sallie Mae,   POB 9500,
               Wilkes Barre PA 18773-9500
100207551     EDI: TFSR.COM May 21 2013 01:58:00     Toyota Financial Services,   POB 9490,
               Cedar Rapids IA 52409-9490
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
100241779   ##+LVNV Funding LLC,   c/o Sarah E Fudge,   1262 E 19th Ave #3,   Eugene OR 97403-1372
                                                                                 TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 22, 2013**              **Signature:**    *Joseph Speetjens*

```
District/off: 0979-3           User: diana                  Page 2 of 2                   Date Rcvd: May 20, 2013
                               Form ID: OFT                 Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 18, 2013 at the address(es) listed below:
NONE.                                                                                                          TOTAL: 0

| | | |
|---|---|---|
| OFT (4/15/13) | **UNITED STATES BANKRUPTCY COURT**<br>**District of Oregon** | U.S. BANKRUPTCY COURT<br>DISTRICT OF OREGON<br>**F I L E D** |
| In re<br>**Jessica P Sam**<br>**Ha To Ha**<br>Debtor(s) | ) <br>) Case No.  **13–32107–elp7**<br>)<br>)<br>) ORDER AND NOTICE<br>) OF TIME TO FILE CLAIMS<br>)<br>) | May 20, 2013<br><br>Clerk, U.S. Bankruptcy Court<br><br>BY DEPUTY |

The trustee anticipates receiving funds which may be sufficient to pay a dividend to creditors, therefore,

**IT IS ORDERED AND NOTICE IS GIVEN** that:

1. The deadline to file a Proof of Claim is **8/19/13** for all creditors, except for governmental units who must file by the later of either **8/19/13** or within 180 days after the date that relief was ordered. Your claim must be <u>received</u> by the bankruptcy clerk's office by this deadline.

2. Any surplus of funds remaining after payment of filed claims will be returned to the debtor(s).

                                                                                  Clerk, U.S. Bankruptcy Court

**TO FILE A CLAIM**:

(a) File proof of claim electronically at www.orb.uscourts.gov. No ECF login/password is required.

(b) If not filed electronically, file with the Clerk, U.S. Bankruptcy Court, 1001 SW 5th Ave #700, Portland, OR 97204;

(c) If you have already filed a claim in this case, do not file it again; and

(d) Creditors who file more than 10 documents per year with the court are required to do so electronically per Local Bankruptcy Rule 5005–4.

Creditors:  More information is available at www.orb.uscourts.gov.