United States Bankruptcy Court
District of Oregon

In re:
Jessica P Sam                                                    Case No. 13-32107-elp
Ha To Ha                                                         Chapter 7
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0979-3          User: steph            Page 1 of 2            Date Rcvd: May 24, 2013
                             Form ID: pdf013         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 26, 2013.
db/jdb    +Jessica P Sam,  Ha To Ha,   8230 SE Yamhill St,   Portland, OR 97216-1236

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 26, 2013**                    **Signature:**      _Joseph Speetjens_

District/off: 0979-3          User: steph              Page 2 of 2              Date Rcvd: May 24, 2013
                             Form ID: pdf013          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 24, 2013 at the address(es) listed below:
NONE.                                                                          TOTAL: 0

**DISTRICT OF OREGON**

**F I L E D**

**May 24, 2013**

**Clerk, U.S. Bankruptcy Court**

Below is an Order of the Court.

_____
ELIZABETH PERRIS
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF OREGON

| | | |
|---|---|---|
| In re | ) | |
| SAM, JESSICA P | ) | Case No. 313-32107ELP7 |
| HA, HA TO | ) | |
| | ) | TRUSTEE'S OBJECTIONS TO CLAIMED |
| | ) | EXEMPTIONS, **AND ORDER THEREON** |
| Debtor(s) | ) | |

The trustee, KENNETH S. EILER, objects to the debtor's claim of exemption in the following property under the provisions of 11 U.S.C. Sect. 522(1) and Bankruptcy Rule 4003:

Bank funds: $1,912.77; Cash from wages: $500; 2011 Van, 98 Lexus, 85 Van: $6,000

and requests an order that each be disallowed for the reason(s) that: Only 75% of the bank funds and wages due from wages can be exempted. These two exemptions should be allowed at $1434,77 and $375 respectively. The debtors cannot spread their vehicle exemption over three vehicles. This exemption should be allowed in the sum of $6,000 and be limited to the 1998 Lexus

DATE: May 18, 2013 _____          /s/ KENNETH S. EILER _____
                                      KENNETH S. EILER, Trustee

IT IS ORDERED AND NOTICE IS GIVEN that the debtor's claim of exemption in the property named above will be disallowed pursuant to the trustee's objection, without further order of the court, unless within 23 days of the most recent date included in a "Clerk" stamp above, the debtor files a written request for a hearing, setting forth the specific grounds for such hearing, with the Clerk of Court (i.e., if the 5-digit portion of the Case No. begins with "3" or "4", mail to 1001 SW 5th Ave. #700, Portland OR 97204; OR, if it begins with "6" or "7", mail to 405 E 8th Ave #2600, Eugene OR 97401), AND serves a copy on the trustee at PMB 810, 515 NW SALTZMAN RD, PORTLAND, OR 97229

### ###

752.20 (12/1/09)