United States Bankruptcy Court
District of Oregon

In re:                                                                   Case No. 13-32107-elp
Jessica P Sam                                                            Chapter 7
Ha To Ha
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0979-3          User: pj           Page 1 of 2           Date Rcvd: Jul 09, 2013
                              Form ID: NFT       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 11, 2013.
db/jdb       +Jessica P Sam,   Ha To Ha,   8230 SE Yamhill St,   Portland, OR 97216-1236

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 11, 2013**          **Signature:**  _Joseph Speetjens_

```
District/off: 0979-3          User: pj                  Page 2 of 2                  Date Rcvd: Jul 09, 2013
                              Form ID: NFT              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 9, 2013 at the address(es) listed below:
NONE.                                                                                                TOTAL: 0

NFT (3/4/09) pjk

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

July 9, 2013

Clerk, U.S. Bankruptcy Court

BY **pjk** DEPUTY

In re )
**Jessica P Sam** )  Case No.  **13−32107−elp7**
**Ha To Ha** )
Debtor(s) )  NOTICE OF FILING OF
) TRANSCRIPT AND OF
) DEADLINES RELATED TO
) RESTRICTION AND REDACTION
)

**ALL PARTIES ARE NOTIFIED THAT:**

1. An electronic transcript of the hearing held on 05/14/13, re Transcript of Hearing Held on May 14, 2013, and Notice of Filing Thereof, re: 9 Notice and Motion for Relief from Stay Filed by Creditor Deutsche Bank National Trust Company, was filed on 7/9/13.

2. To review the transcript for redaction purposes as set out in pt. 3, you may purchase a copy from the transcriber Shellene L Iverson, Capri−Iverson Reporting, (503) 274−4644, or you may view the document at the clerk's office.

3. Pursuant to Local Rule 9037−1, the following procedures apply regarding redaction of certain information that could be included in the transcript:

   (a) **General**. Each party, including any attorney for the party, must review a transcript for the following information that should be redacted under the Judicial Conference's privacy policy: SSNs and ITINs should be redacted to show only the last four digits; birth dates should contain only the year of birth; individuals known to be minors should be referred to only with initials; and financial account numbers should be redacted to show only the last four digits. [NOTE: The Local Rule was adopted pursuant to a privacy policy promulgated and required for use by the Judicial Conference of the United States. The Policy Note provided by the Judicial Conference may be obtained from this court's website at www.orb.uscourts.gov.]

   (b) **Notice of Intent to Request Redaction**. No later than seven calendar days after a transcript is filed, a party must file a notice of that party's intent to request redaction of information from the transcript. A party is responsible for reviewing the opening and closing statements made on behalf of that party, any statements made by that party, and the testimony of any witness called by that party. If no notice is timely filed, the court will presume that redaction of personal data is not necessary.

   (c) **Redaction Request/Completion**. Once a party has filed a notice of intent to request redaction, that party must, no later than 21 calendar days after the transcript was filed, submit to the court reporter or transcriptionist a list of items to be redacted including the transcript page, paragraph, and line in which the personal data appears, and the manner in which each is to be redacted. No later than 31 calendar days after the transcript was filed, the court reporter or transcriptionist must redact the identifiers as directed, and file the redacted transcript. also during this time period a party may, by motion, request that additional information be redacted. No remote electronic public access to the transcript will be allowed until the court has ruled on any motion regarding its redaction, all redaction deadlines have expired, and all redaction has occurred.

Clerk, U.S. Bankruptcy Court