DISTRICT OF OREGON
**F I L E D**
July 18, 2013
Clerk, U.S. Bankruptcy Court

Below is an Order of the Court.

_____
ELIZABETH PERRIS
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF' OREGON

| | |
|---|---|
| In re | ) Case No. **13-32107-elp7** |
| | ) |
| **JESSICA P. SAM** | ) ORDER RE OBJECTION TO |
| **HA TO HA** | ) CLAIM OF EXEMPTION |
| | ) |
| Debtor(s). | ) |

      This matter having come on for hearing on July 10, 2013 on the Request for Hearing [Dkt #27] filed by the debtors to the Trustee's Objection to the Debtors' Claim of Exemptions [Dkt #18]; the Trustee appearing, the debtor, Jessica P. Sam appearing; the Trustee;  argument heard and good cause appearing,  now therefore;

      IT IS ORDERED that the debtors' exemptions in the following property are allowed as follows:

      Bank Funds:   The amount on hand on the date of filing is $567.  The amount entitled to exemption is $426.

      Cash on Hand:   The amount on hand on the date of filing is $194.  The amount entitled to exemption would be $194.

1998 Lexus:   The value of the vehicle is $5,500.  The amount entitled to exemption is $5,500.

1985 Dodge Van:   The value of the vehicle is $500.  The amount entitled to exemption would be none.

2011 Van:   Although the Van has been repossessed, the debtor is not entitled to exempt any funds that may be realized once it is liquidated.

###

Presented by: /s/ Kenneth S. Eiler

c: By ecf and by mail to debtors at the addresses on file with the clerk