Below is an Order of the Court.

_____
ELIZABETH PERRIS
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON
AT PORTLAND

| | |
|---|---|
| In re:<br><br>JESSICA P SAM AND<br>HA TO HA,<br>        Debtors | Case No: 13-32107-elp7<br><br>ORDER DENYING MOTION FOR RECONSIDERATION |

THIS MATTER, coming on regularly before the undersigned Bankruptcy Judge upon Motion of Debtors Jessica P Sam and Ha To Ha for an Order Reconsidering the Order Granting Relief from the Automatic Stay entered by the Court on May 21, 2103,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion for Reconsideration is Denied.

###

ORDER DENYING MOTION FOR RECONSIDERATION - 1
60300-0230-BK-2\

*Law Offices*
ROBINSON TAIT, P.S.
710 Second Avenue, Suite 710
Seattle, Washington 98104

Presented by:

　/s/ Lisa McMahon-Myhran
Lisa McMahon-Myhran, 00084
Robinson Tait
Attorneys for DEUTSCHE BANK
NATIONAL TRUST COMPANY in
its capacity as indenture trustee for the
Noteholders of AAMES MORTGAGE
INVESTMENT TRUST 2005-2, a
Delaware statutory trust.

cc.
　　　　Jessica P Sam
　　　　Ha To Ha
　　　　8230 SE Yamhill St
　　　　Portland, OR  97216