DISTRICT OF OREGON
**F I L E D**
July 18, 2013
Clerk, U.S. Bankruptcy Court

Below is an Order of the Court.

_____
ELIZABETH PERRIS
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON
AT PORTLAND

| | |
|---|---|
| In re:<br><br>JESSICA P SAM AND<br>HA TO HA,<br>　　　　Debtors | Case No: 13-32107-elp7<br><br>ORDER DENYING MOTION FOR<br>TEMPORARY RESTRAINING ORDER |

THIS MATTER, coming on regularly before the undersigned Bankruptcy Judge upon Motion of Debtors Jessica P Sam and Ha To Ha for an Issuance of an Emergency Temporary Restraining Order and Imposition fo [sic] Permanent Injunctive Relief Barring the Sale of Real Property,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion for Issuance of an Emergency Temporary Restraining Order is Denied.

### 

ORDER DENYING MOTION FOR RECONSIDERATION - 1
60300-0230-BK-2\

*Law Offices*
R O B I N S O N  T A I T, P. S.
710 Second Avenue, Suite 710
Seattle, Washington 98104

Presented by:


 /s/ Nicolas Daluiso
Nicolas Daluiso, **126155**
Robinson Tait
Attorneys for DEUTSCHE BANK
NATIONAL TRUST COMPANY in
its capacity as indenture trustee for the
Noteholders of AAMES MORTGAGE
INVESTMENT TRUST 2005-2, a
Delaware statutory trust.

cc.
    Jessica P Sam
    Ha To Ha
    8230 SE Yamhill St
    Portland, OR  97216