```
                              United States Bankruptcy Court
                                    District of Oregon

In re:                                                           Case No. 13-32107-elp
Jessica P Sam                                                    Chapter 7
Ha To Ha
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0979-3          User: admin                 Page 1 of 3            Date Rcvd: Jul 18, 2013
                              Form ID: DN7                Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2013.
db/jdb        +Jessica P Sam,    Ha To Ha,    8230 SE Yamhill St,    Portland, OR 97216-1236
smg           +Dept of Justice,    Division of Child Support,    Attn: Bankruptcy Unit,    POB 14670,
                Salem, OR 97309-5013
smg           +US Attorney,    US Attorney,    1000 SW 3rd Ave #600,    Portland, OR 97204-2936
smg           +US Attorney General,    Department of Justice,    10th & Constitution NW,
                Washington, DC 20530-0001
cr            +Deutsche Bank National Trust Company,    c/o Lisa McMahon-Myhran,    Robinson Tait P.S.,
                710 2nd Ave Suite 710,    Seattle, WA 98104-1724
100241778     +Arrow Financial Svcs LLC,    c/o Zwicker & Associates PC,    10824 SE Oak St PMB 401,
                Milwaukie OR 97222-6694
100315375     +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,    Norfolk, VA 23541-0907
100241780     +Natl Credit Acceptance Inc,    c/o Greene & Markley PC,    1515 SW 5th Ave #600,
                Portland OR 97201-5449
100301467     +Portland Adventist Med Ctr,    POB 16800,    Portland OR 97292-0800
100241781     +Portland General Electric Co,    c/o Markowitz Herbold Glade & Mehlfaf PC,    1211 SW 5th Ave #3000,
                Portland OR 97204-3730
100207545     +Regional Trustee Svc Corp,    616 1st Ave #500,    Seattle WA 98104-2297
100207544      Residential Credit Solutions Inc,    POB 163349,    Ft Worth TX 76161-3349
100241785     +United Recovery,    1630 SE Hogan Rd,    Gresham OR 97080-9266
100241783     +Velocity Investment LLC,    c/o Harrington Anderson & Deblasio,    1737 NE Broadway,
                Portland OR 97232-1427

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            EDI: ORREV.COM Jul 19 2013 01:29:00      ODR Bkcy,   955 Center NE #353,    Salem, OR  97301-2555
100301456     +EDI: CINGMIDLAND.COM Jul 19 2013 01:29:00      AT&T,    POB 6416,   Carol Stream IL 60197-6416
100287869     +EDI: CINGMIDLAND.COM Jul 19 2013 01:29:00      AT&T Mobility II LLC,    % AT&T Services, Inc,
                Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A231,    Bedminster, NJ 07921-2693
100241784      EDI: CAPITALONE.COM Jul 19 2013 01:28:00      Capital One,    POB 85015,   Richmond VA  23285-5015
100207547      EDI: CAPITALONE.COM Jul 19 2013 01:28:00      Capital One,    POB 60599,
                City of Industry CA 91716-0599
100287667      EDI: CAPITALONE.COM Jul 19 2013 01:28:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                Charlotte, NC  28272-1083
100207546      EDI: HFC.COM Jul 19 2013 01:28:00      HSBC,    POB 49357,   San Jose CA 95161-9357
100207548      EDI: HFC.COM Jul 19 2013 01:28:00      Household Bank,    POB 49352,   San Jose CA 95161-9352
100207549      EDI: HFC.COM Jul 19 2013 01:28:00      Orchard Bank,    POB 49352,   San Jose CA 95161-9352
100306525     +E-mail/PDF: Credit.Approvals@pgn.com Jul 19 2013 02:14:05      PORTLAND GENERAL ELECTRIC,
                7895 SW MOHAWK ST,    TUALATIN OR 97062-9192
100207550     +EDI: SALMAESERVICING.COM Jul 19 2013 01:28:00      Sallie Mae,    POB 9500,
                Wilkes Barre PA 18773-9500
100318253     +EDI: SALMAESERVICING.COM Jul 19 2013 01:28:00      Sallie Mae,    c/o Sallie Mae Inc.,
                220 Lasley Ave.,    Wilkes-Barre, PA 18706-1496
100207551      EDI: TFSR.COM Jul 19 2013 01:28:00      Toyota Financial Services,    POB 9490,
                Cedar Rapids IA 52409-9490
                                                                                              TOTAL: 13

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
100241779   ##+LVNV Funding LLC,   c/o Sarah E Fudge,    1262 E 19th Ave #3,    Eugene OR 97403-1372
                                                                                              TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.    The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0979-3          User: admin              Page 2 of 3              Date Rcvd: Jul 18, 2013
                              Form ID: DN7             Total Noticed: 27

                  ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 20, 2013**                      **Signature:**        *Joseph Speetjens*

```
District/off: 0979-3          User: admin                  Page 3 of 3                  Date Rcvd: Jul 18, 2013
                              Form ID: DN7                 Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2013 at the address(es) listed below:
NONE.                                                                                                 TOTAL: 0

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**
July 17, 2013
Clerk, U.S. Bankruptcy Court

**Below is an order of the Court.**

*Elizabeth L Perris*
**U.S. Bankruptcy Judge**

DN7 (12/6/07)

**UNITED STATES BANKRUPTCY COURT
District of Oregon**

In re
 **Jessica P Sam,** xxx–xx–3566
 **Ha To Ha,** xxx–xx–9579
Debtor(s)

Case No. **13–32107–elp7**

CHAPTER 7 ORDER RE:
DISCHARGE OF DEBTOR(S)

It appearing that on 4/8/13 a bankruptcy petition was filed by the debtor(s); timely complaints filed pursuant to 11 USC §523(a) could be pending and the court could still order that any affected debt is nondischargeable, however no complaint objecting to the debtor's discharge pursuant to 11 USC §727 was timely filed (or such complaint was filed, and after due notice and hearing, was not sustained); each timely filed written reaffirmation agreement was either rescinded or not approved by the court; and therefore,

**IT IS ORDERED** the debtor(s) shall be granted a discharge under §727 of Title 11, United States Code (the Bankruptcy Code).

### EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE

This court order grants a discharge to the person(s) named as a debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

Collection of Discharged Debts Prohibited. The discharge prohibits any attempt to collect from a debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. (If applicable there are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.) A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

Page 1 of 2            **IMPORTANT: Debtors MUST READ BOTH SIDES of this document!**

<u>Debts that are Discharged.</u> The Chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to Chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

<u>Debts that are Not Discharged.</u> Some of the common types of debts which are <u>not</u> discharged in a Chapter 7 bankruptcy case are:
   a. Debts for most taxes;
   b. Debts incurred to pay nondischargeable taxes;
   c. Debts that are for domestic support obligations, or debts to a spouse or former spouse for property settlement;
   d. Debts for most student loans;
   e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
   f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
   g. Some debts which were not properly listed by the debtor;
   h. Debts the bankruptcy court specifically has decided or will decide in this case are not discharged;
   i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and
   j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**Page 2 of 2**           **IMPORTANT: Debtors MUST READ BOTH SIDES of this document!**

###