United States Bankruptcy Court
District of Oregon

In re:                                                        Case No. 13-32107-elp
Jessica P Sam                                                 Chapter 7
Ha To Ha
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0979-3        User: batina        Page 1 of 2        Date Rcvd: Jul 18, 2013
                           Form ID: pdf013      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2013.
db/jdb        +Jessica P Sam,  Ha To Ha,   8230 SE Yamhill St,   Portland, OR 97216-1236

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 20, 2013**                **Signature:**   _Joseph Speetjens_

District/off: 0979-3          User: batina                Page 2 of 2              Date Rcvd: Jul 18, 2013
                             Form ID: pdf013             Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2013 at the address(es) listed below:
NONE.                                                                                    TOTAL: 0

DISTRICT OF OREGON
**F I L E D**
**July 18, 2013**
**Clerk, U.S. Bankruptcy Court**

Below is an Order of the Court.

_Elizabeth L Perris_
ELIZABETH PERRIS
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF' OREGON

| | | |
|---|---|---|
| In re | ) | Case No. **13-32107-elp7** |
| | ) | |
| **JESSICA P. SAM** | ) | ORDER RE OBJECTION TO |
| **HA TO HA** | ) | CLAIM OF EXEMPTION |
| | ) | |
| Debtor(s). | ) | |

      This matter having come on for hearing on July 10, 2013 on the Request for Hearing [Dkt #27] filed by the debtors to the Trustee's Objection to the Debtors' Claim of Exemptions [Dkt #18];  the Trustee appearing, the debtor, Jessica P. Sam appearing; the Trustee;   argument heard and good cause appearing,  now therefore;

      IT IS ORDERED  that the debtors' exemptions in the following property are allowed as follows:

      Bank Funds:    The amount on hand on the date of filing is $567.  The amount entitled to exemption is $426.

      Cash on Hand:    The amount on hand on the date of filing is $194.  The amount entitled to exemption would be $194.

1998 Lexus:   The value of the vehicle is $5,500.   The amount entitled to exemption is $5,500.

1985 Dodge Van:   The value  of the vehicle is $500.   The amount entitled to exemption would be none.

2011 Van:   Although the Van has been repossessed, the debtor is not entitled to exempt any funds that may be realized once it is liquidated.

###

Presented by: /s/ Kenneth S. Eiler

c: By ecf and by mail to debtors at the addresses on file with the clerk