```
                      United States Bankruptcy Court
                             District of Oregon
In re:                                                       Case No. 13-32107-elp
Jessica P Sam                                                Chapter 7
Ha To Ha
        Debtors                 CERTIFICATE OF NOTICE
District/off: 0979-3         User: batina             Page 1 of 2             Date Rcvd: Jul 18, 2013
                             Form ID: pdf018          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2013.
db/jdb        +Jessica P Sam,   Ha To Ha,   8230 SE Yamhill St,   Portland, OR 97216-1236

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 20, 2013**              **Signature:**  _Joseph Speetjens_

Case 13-32107-elp7    Doc 57    Filed 07/20/13

```
District/off: 0979-3          User: batina                Page 2 of 2                  Date Rcvd: Jul 18, 2013
                              Form ID: pdf018             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2013 at the address(es) listed below:
NONE.                                                                                                    TOTAL: 0

DISTRICT OF OREGON
**F I L E D**
July 18, 2013
Clerk, U.S. Bankruptcy Court

Below is an Order of the Court.

_____
ELIZABETH PERRIS
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON
AT PORTLAND

In re:

JESSICA P SAM AND
HA TO HA,
        Debtors

Case No: 13-32107-elp7

ORDER DENYING MOTION FOR RECONSIDERATION

THIS MATTER, coming on regularly before the undersigned Bankruptcy Judge upon Motion of Debtors Jessica P Sam and Ha To Ha for an Order Reconsidering the Order Granting Relief from the Automatic Stay entered by the Court on May 21, 2103,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion for Reconsideration is Denied.

###

ORDER DENYING MOTION FOR RECONSIDERATION - 1
60300-0230-BK-2\

*Law Offices*
R O B I N S O N  T A I T , P. S.
710 Second Avenue, Suite 710
Seattle, Washington 98104

Presented by:

\_/s/ Lisa McMahon-Myhran\_\_\_\_
Lisa McMahon-Myhran, 00084
Robinson Tait
Attorneys for DEUTSCHE BANK
NATIONAL TRUST COMPANY in
its capacity as indenture trustee for the
Noteholders of AAMES MORTGAGE
INVESTMENT TRUST 2005-2, a
Delaware statutory trust.

cc.
    Jessica P Sam
    Ha To Ha
    8230 SE Yamhill St
    Portland, OR  97216