United States Bankruptcy Court
District of Oregon

In re:
Jessica P Sam
Ha To Ha
    Debtors

Case No. 13-32107-elp
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0979-3     User: batina     Page 1 of 2     Date Rcvd: Jul 18, 2013
                   Form ID: pdf018     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2013.
db/jdb      +Jessica P Sam,    Ha To Ha,    8230 SE Yamhill St,    Portland, OR 97216-1236

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 20, 2013**                          **Signature:** _Joseph Speetjens_

```
District/off: 0979-3           User: batina              Page 2 of 2              Date Rcvd: Jul 18, 2013
                               Form ID: pdf018           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2013 at the address(es) listed below:
NONE.                                                                                              TOTAL: 0

DISTRICT OF OREGON
**FILED**
July 18, 2013
Clerk, U.S. Bankruptcy Court

Below is an Order of the Court.

_____
ELIZABETH PERRIS
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON
AT PORTLAND

In re:

JESSICA P SAM AND
HA TO HA,
        Debtors

Case No: 13-32107-elp7

ORDER DENYING MOTION FOR
TEMPORARY RESTRAINING ORDER

THIS MATTER, coming on regularly before the undersigned Bankruptcy Judge upon Motion of Debtors Jessica P Sam and Ha To Ha for an Issuance of an Emergency Temporary Restraining Order and Imposition fo [sic] Permanent Injunctive Relief Barring the Sale of Real Property,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion for Issuance of an Emergency Temporary Restraining Order is Denied.

###

ORDER DENYING MOTION FOR RECONSIDERATION - 1
60300-0230-BK-2\

*Law Offices*
ROBINSON TAIT, P.S.
710 Second Avenue, Suite 710
Seattle, Washington 98104

Presented by:


 /s/ Nicolas Daluiso
Nicolas Daluiso, **126155**
Robinson Tait
Attorneys for DEUTSCHE BANK
NATIONAL TRUST COMPANY in
its capacity as indenture trustee for the
Noteholders of AAMES MORTGAGE
INVESTMENT TRUST 2005-2, a
Delaware statutory trust.

cc.
    Jessica P Sam
    Ha To Ha
    8230 SE Yamhill St
    Portland, OR  97216