TFUSDC (8/1/12) ljr

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

August 27, 2013

Clerk, U.S. Bankruptcy Court

BY **ljr** DEPUTY

## TRANSMITTAL FORM

**TO:**   Civil Supervisor
US District Court for the District of Oregon

**FROM:**   US Bankruptcy Court for the District of Oregon
Office No. **3**  District Code 0979 **Portland** Office

**Case Name:**  Jessica P Sam and Ha To Ha

**Bankruptcy No:** 13–32107–elp7

**Adversary No:**  NONE

**Bankruptcy Judge:** Elizabeth L Perris – A323

**Date Notice of Appeal Filed/Filing Fee Paid?:** 8/1/13; paid

**Date of Entry of Order(s) Appealed:** 7/18/13

**Date Bankruptcy Filed:** 4/8/13

**Case docket and all documents are available electronically using PACER.**

**List of documents related to this appeal:**

#53–Order Denying 35 Motion for Reconsideration
#59–Notice of Appeal
#60–Objection to BAP
#61–Designation of Record
#62–Statement of Issues
#63–Notification of Ordering Transcript on Appeal
#64–Notice of Referral of Appeal to USDC
#67–Transcript


**Deadline for filing Statement of Issues/Designation of Record/Transcript Order/Cross Appeal:**
8/15/13

**Certificate of Readiness to be submitted:** Yes

Please forward a copy of your Notice of Judicial Assignment at your earliest convenience.


**Transmittal Date:** 8/27/13         By: **Linda Reynolds**
Deputy Clerk
US Bankruptcy Court
(503) 326–1500

cc: parties to the Appeal (without attachments)