# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**JESSICA P. SAM**  
Appellant(s).

Case No.: 3:13−cv−01521−MO

v.

**DEUTSCHE BANK NATIONAL TRUST**  
Appellee(s).

_____ /

### Bankruptcy Appeal Scheduling Order and Case Assignment Notice

    **(a)**    **Presiding Judge:** The above referenced case has been filed in the Portland Division of the U.S. District Court for the District of Oregon and assigned for all further proceedings to:

> Presiding Judge . . . . . . . . . . . . . . . . . . . . . . Hon. Michael W. Mosman  
> Presiding Judge's Suffix Code* . . . . . . . . . . . . . . . . . . . . . . . . . . . . MO
>
> *These letters must follow the case number on all future filings.

    **(b)**    **Courtroom Deputy Clerk:** Questions about the status or scheduling of this case should be directed to:

> Dawn Stephens  
> Telephone: 503−326−8024  
> Email: dawn_stephens@ord.uscourts.gov

    **(c)**    **Case Administrator/Docket Clerk:** Questions about CM/ECF filings or docket entries in this matter should be directed to:

> Telephone: 503−326−8050

    **(d)**    **Place of Filing:** All non−electronic filings must be submitted to the Clerk of Court, Mark O. Hatfield U.S. Courthouse, 1000 S.W. Third Ave., Portland, OR, 97204. (See LR 3−3 and LR 100−5).

    **(e)**    **Briefing Schedule:** Pursuant to LR 2200−6(f) the following briefing schedule is set:

        **(1)**    The appellant shall serve and file his brief within forty (40) days after the entry of the appeal on the docket pursuant to Fed. R. Bankr. P. 8007;

        **(2)**    The appellee shall serve and file his brief within thirty (30) days after service of the brief of the appellant;

        **(3)**    The appellant may serve and file a reply brief within fourteen (14) days after service of the brief on the appellee.

  **(4)** Requests for oral argument shall be file pursuant to U.S. District Court Local Rule 7−1(d)(2).

 **(f)** **District Court Website:** Information about local rules of practice; CM/ECF electronic filing requirements; responsibility to redact personal identifiers from pleadings, motions, and other papers; and other related court information can be accessed on the court's website at ord.uscourts.gov.

**DATED: August 28, 2013**      **MARY L. MORAN**
                    **Clerk of Court**

                by: /s/ E. Oss
                   E. Oss, Deputy Clerk