```
                          United States Bankruptcy Court
                                District of Oregon
```

In re:                                                          Case No. 13-32107-elp
Jessica P Sam                                                   Chapter 7
Ha To Ha
        Debtors

## CERTIFICATE OF NOTICE

```
District/off: 0979-3          User: linda              Page 1 of 2          Date Rcvd: Aug 27, 2013
                              Form ID: TFUSDC          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 29, 2013.
db/jdb       +Jessica P Sam,   Ha To Ha,   8230 SE Yamhill St,   Portland, OR 97216-1236

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

```
             ***** BYPASSED RECIPIENTS *****
```
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 29, 2013**               **Signature:**       _Joseph Speetjens_

```
District/off: 0979-3              User: linda                     Page 2 of 2                       Date Rcvd: Aug 27, 2013
                                  Form ID: TFUSDC                 Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2013 at the address(es) listed below:
NONE.                                                                                                                   TOTAL: 0

TFUSDC (8/1/12) ljr

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

August 27, 2013

Clerk, U.S. Bankruptcy Court

BY **ljr** DEPUTY

## TRANSMITTAL FORM

**TO:** Civil Supervisor
US District Court for the District of Oregon

**FROM:** US Bankruptcy Court for the District of Oregon
Office No. **3** District Code 0979 **Portland** Office

**Case Name:** Jessica P Sam and Ha To Ha

**Bankruptcy No:** 13–32107–elp7

**Adversary No:** NONE

**Bankruptcy Judge:** Elizabeth L Perris – A323

**Date Notice of Appeal Filed/Filing Fee Paid?:** 8/1/13; paid

**Date of Entry of Order(s) Appealed:** 7/18/13

**Date Bankruptcy Filed:** 4/8/13

**Case docket and all documents are available electronically using PACER.**

**List of documents related to this appeal:**

#53–Order Denying 35 Motion for Reconsideration
#59–Notice of Appeal
#60–Objection to BAP
#61–Designation of Record
#62–Statement of Issues
#63–Notification of Ordering Transcript on Appeal
#64–Notice of Referral of Appeal to USDC
#67–Transcript

**Deadline for filing Statement of Issues/Designation of Record/Transcript Order/Cross Appeal:** 8/15/13

**Certificate of Readiness to be submitted:** Yes

Please forward a copy of your Notice of Judicial Assignment at your earliest convenience.

**Transmittal Date:** 8/27/13    By: **Linda Reynolds**
Deputy Clerk
US Bankruptcy Court
(503) 326–1500

68 – 59

cc: parties to the Appeal (without attachments)